**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PETER TRIESTMAN,<br><br>      Plaintiff,<br><br>  v.<br><br>DEBORAH TUERKHEIMER, SLATE<br>GROUP LLC, ET AL.,<br><br>      Defendants. | Civil Case No. 17-8187 (SDW)(CLW)<br><br><br>**ORDER**<br><br><br><br>May 29, 2018 |

**WIGENTON**, District Judge.

   Before this Court is the Report and Recommendation ("R&R") entered on May 11, 2018 by Magistrate Judge Cathy L. Waldor ("Judge Waldor"), recommending that defendants' motion to dismiss the Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(2) be granted.[1]  Neither Plaintiff nor Defendants filed an objection to the R&R.

   This Court has reviewed the reasons set forth by Judge Waldor in the R&R and the other documents in this matter.  Based on the foregoing, and for good cause shown, it is hereby

   **ORDERED** that the R&R of Judge Waldor (ECF No. 18) is **ADOPTED** as the conclusions of law of this Court.

   **SO ORDERED**.

              *s/ Susan D. Wigenton*
              **SUSAN D. WIGENTON**
              **UNITED STATES DISTRICT JUDGE**

---

[1] This Court notes that Judge Waldor did not reach a decision on defendants' Rule 12(b)(6) motion.  (*See* ECF No. 18 at 3 (explaining that "[t]he Court need not reach the 12(b)(6) motion because Plaintiff has failed to make out a prima facie case for specific or general personal jurisdiction").)

Orig:   Clerk
cc:     Parties
        Magistrate Judge Waldor